No. 10–10880. BAYARD v. HUFFORD, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10–10882. BERNALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10883. BARNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10884. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10885. LUONG ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10886. KOEHLER v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10887. LARKIN v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10888. JOHNSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–10889. KIM v. DONAHOE, POSTMASTER GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10890. COOK v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 10–10891. ROLLINS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–10893. SPANGLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10894. JEFFERY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10895. COLLADO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10896. MAXWELL v. WHITE, WARDEN. C. A. 8th Cir. Certiorari denied.